■ AMERICAN MANAGEMENT ASSOCIATION, Respondent, v ATLANTIC MUTUAL INSURANCE COMPANY, Appellant. [651 NYS2d 301] —Order, Supreme Court, New York County (Herman Cahn, J.), entered May 30, 1996, unanimously affirmed for the reasons stated by Cahn, J., without costs and disbursements. Concur—Sullivan, J. P., Rosenberger, Ellerin, Wallach and Rubin, JJ. [*See,* 168 Misc 2d 971.]